The People of the State of New York ex rel. Frank Presbrey Company, Appellant, v. Thomas M. Lynch et al., Constituting the State Tax Commission, Respondents.

(Submitted June 1, 1934; decided July 3, 1934.)

S. Michael Ress for appellant.

John J. Bennett, Jr., Attorney-General (Wendell P. Brown of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, O'Brien, Hubbs, Crouch and Loughran, JJ.